IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| The Home Depo U.S.A., Inc. | * | |
| | * | Civil Action No. |
| Plaintiff, | * | 1:08-CV-2000-CAP |
| | * | |
| Hyundai Merchant Marine Co., LTD. | * | |
| | * | |
| Defendant. | * | |

SECOND STIPULATION FOR EXTENSION FOR TIME FOR

DEFENDANT TO SERVE ITS RULE 26 INITIAL DISCLOSURES

**COMES NOW**, the parties to this action, and jointly stipulate that the Defendant shall have an additional 20 days to serve on the Plaintiff its Rule 26 initial disclosures, such that the Defendant's disclosures will be due on October 17, 2008.  As undersigned counsel for the Defendant, who is filing this document electronically, I represent that counsel for the Plaintiff has given me his express consent to this stipulation and consent to file this document electronically on behalf of both parties.

Respectfully submitted this 1st day of October 2008.

ROBERTSON BODOH & NASRALLAH, LLP

/s/ Mathew G. Nasrallah
MATHEW G. NASRALLAH
Georgia State Bar No. 535200
Attorneys for Defendant

Suite 205A
990 Cobb Park North
Marietta, Georgia 30062
Tel. (770) 424-1234
Fax (770) 424-2345
nasrallah@rbnlaw.com

/s/ John Eric Olson
John Eric Olson
Hill Rivkins & Hayden
45 Broadway
New York, NY 10006
Ph.  212-669-0600
Fax  212-669-0698
jolson@hillrivkins.com
[pro hac vice]
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| The Home Depo U.S.A., Inc. | * | |
| | * | Civil Action No. |
| Plaintiff, | * | 1:08-CV-2000 |
| | * | |
| Hyundai Merchant Marine Co., LTD. | * | |
| | * | |
| Defendant. | * | |

Certificate of Service

I do hereby certify that I have this 1st day of October, 2008 electronically filed a **"Second Stipulation for Extension"** with the Clerk of Court using the CM/ECF system which will automatically send email notification to such filing to the following attorneys of record:

Robert E. Spears
Georgia State Bar # 670195
104 Cambridge Ave.
Decatur, GA 30030

John Eric Olson
Hill Rivkins & Hayden
45 Broadway
New York, NY 10006
[pro hac vice]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:
**NONE**

ROBERTSON BODOH & NASRALLAH, LLP

/s/ Mathew G. Nasrallah
MATHEW G. NASRALLAH
Georgia State Bar No. 535200
Attorneys for Defendant

Page –3–

Suite 205A
990 Cobb Park North
Marietta, Georgia 30062
Tel. (770) 424-1234
Fax (770) 424-2345